UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

William VanHoudt,

        Plaintiff,

vs.                                                                                          ORDER

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.                                                       Civ. No. 05-109 (DSD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

    1.    That the Plaintiff's Motion [Docket No. 16] for Summary Judgment is denied.

    2.    That the Defendant's Motion [Docket No. 23] for Summary Judgment is granted.

                                                         s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court

DATED: February 13, 2006
At Minneapolis, Minnesota